**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Julius Cornelius JONES, a.k.a. Red Man, a.k.a. Frog, Defendant–Appellant.**

**No. 13–11412
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 13, 2013.

Wifredo A. Ferrer, Kathleen Mary Salyer, U.S. Attorney's Office Miami, FL,

Rinku Talwar Tribuiani, U.S. Attorney's Office, WEST PALM BEACH, FL, for Plaintiff–Appellee.

Bruce E. Reinhart, McDonald Hopkins, LLC West Palm Beach, FL, for Defendant–Appellant.

Julius Cornelius Jones Miami, FL, pro se.

Before WILSON, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Bruce E. Reinhart, appointed counsel for Julius Cornelius Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED**.